**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **IN RE: VOLKSWAGEN CLEAN DIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | § § § § § § § § § § § § | **MDL No. 3:15-MD-02672-CRB** |
| **This Document Relates to:** | | |
| **USDC Case No. 16-cv-397** **Hoekstra v. Volkswagen Group of America, Inc.** | | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION**
**WITH PREJUDICE PURSUANT TO RULE 41(a)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs Kathyrn Hoekstra and Wayne Kardatzki ("Dismissing Plaintiff"), through their counsel, POWER ROGERS & SMITH, LLP, hereby voluntarily withdraws from this action and dismisses with prejudice any claims released in the MDL Consumer Class Action Settlement Agreements and Releases (the "MDL Releases"). Provided, however, Dismissing Plaintiff retains any legal rights against Defendants that the Dismissing Plaintiff retained under the MDL Releases, including without limitation, any claims for wrongful death or personal injury. Claims brought by all other Plaintiffs not previously dismissed are not affected by this dismissal and remain pending.

**RESPECTFULLY SUBMITTED:**

By:    /s/ Carolyn Daley Scott
        **ATTORNEY FOR PLAINTIFF**

**Todd A. Smith**
**Carolyn Daley Scott**
**POWER ROGERS & SMITH, LLP**
**70 W. Madison, 55th Floor**
**Chicago, Illinois 60602**